# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| WENDY STAAS, ) | |
| f/k/a WENDY SUTTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:12-cv-2288-CDP |
| ) | |
| COMMERCE BANK, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

COMES NOW Mairi D. Lough of the law firm of Husch Blackwell LLP, and hereby enters her appearance on behalf of Defendant Commerce Bank.

Respectfully submitted,

HUSCH BLACKWELL LLP

/s/ Mairi D. Lough
Mairi D. Lough #60919MO
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone:  314.480.1500
Fax:  314.480.1505
Mairi.lough@huschblackwell.com
*Attorneys for Defendant Commerce Bank*

SLC-6827352-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 18, 2013, the foregoing was filed electronically with the Clerk of the Court and served by operation of the Court's electronic filing system to counsel of record:

Longo Law Firm
Jovanna R. Long
EDMO # 60294MO
435 Nichols Road, Suite 200
Kansas City, MO 64112
Jovanna@longolawfirm.com
Telephone: 816-787-1979
Facsimile: 816-569-9909
*Attorneys for Plaintiff*

/s/ Mairi D. Lough