**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| WENDY STAAS, ) | |
| ) | |
| ) | Cause No.: 4:12CV2288-CDP |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COMMERCE BANK, ) | |
| ) | |
| Defendant. ) | |

**VOLUNTARY DISMISSAL**

COMES NOW Plaintiff, by and through Counsel, and hereby moves this Court for leave to voluntarily dismiss this case with prejudice.


   /s/Jovanna R. Longo_____
Jovanna R. Longo EDMO# 5230089
Longo Law Firm
145 E. Main Street, Suite A
PO Box 186
Adrian, MO 64720
Tel: 816-787-1979
Fax: 816-569-9909
Email: jovanna@longolawfirm.com
COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was placed in a sealed envelope, clearly addressed, and sent via first-class mail, postage prepaid and by the Court's electronic noticing system on January 15, 2014 to:

**T.R. Bynum**
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3433
T.R.Bynum@huschblackwell.com

                                       /s/Jovanna R. Longo
                                       Jovanna R. Longo